United States District Court
Southern District of Texas
**ENTERED**
October 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HUBERT E. RIASCOS HURTADO, § <br> TDCJ #02470053, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> ERIC GUERRERO, Director, § <br> Texas Department of Criminal § <br> Justice - Correctional § <br> Institutions Division, § <br> § <br> Respondent. § | CIVIL ACTION NO. H-25-5054 |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITHOUT PREJUDICE**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

**SIGNED** at Houston, Texas, on this 30th day of October, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE